IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALDINE MCFIELD** | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 07-4513 |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of Social** | : | |
| **Security** | : | |



FILED

MICHAELE KUNZ, Clerk
By_____Dep. Clerk

### ORDER

AND NOW, this 15 day of Aug, 2008, upon consideration of the Plaintiff's Request for Review and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's motion for summary judgment is GRANTED IN PART and DENIED IN PART; and

3. The matter shall be REMANDED to the Commissioner for proceedings consistent with the foregoing opinion.

BY THE COURT:

/s/ BMSch

BERLE M. SCHILLER, J.